# ATTACHMENT A

**Solo Practitioner Exemption Form**
Finance Department
P.O. Box 1178 Billings, Montana 59103
406-657-8364
businesslicense@billingsmt.gov

Section 7-1900 (Ordinance 21-5757) of the Billings City Code requires that no person shall operate a massage facility without a massage facility license. The definition of the massage facility in Sec. 7-1902 excludes solo practitioners that advertise with either the therapist's name or license number and do not operate a table shower and follow the required acts and limitations of operation in. These requirements are summarized below.

If your business will be operated as a solo practitioner of massage therapy within the definition in the ordinance, please fill out this exemption form and provide the requested information.

**First Name:**_____ **Last Name:**_____

**State of Montana Massage Therapist License Number:** _____

**Legal Entity Name of Business:** _____

**Trade Name if Different:** _____

**Any other massage businesses owned previously or currently:**

**TABLE SHOWER**

Table showers or vichy showers are only permitted if a Massage Facility License is obtained and the table shower meets the qualifications to be permitted. Any business operating a table shower, or vichy shower, is not eligible for exemption using this form.

**OTHER REQUIREMENTS**

Solo practitioners must also operate under the following requirements:

- No use of the facility for housing or as living quarters unless the massage or spa facility is operated as a home occupation.
- May not provide or administer massage or spa in a manner intended to arouse or gratify the sexual response or desire of either party.
- Remain clothed while administering massage services.
- List the address of the business in any advertisement.
- Doors to business to remain unlocked unless only one individual is working, or variance has been granted.
    - Restroom doors may be locked.
    - Internal doors may be locked to protect confidential client or business information.

- Must maintain valid state massage therapy license posted at the business.
- Where windows or glass are adjacent to an entrance, maintain a sufficient portion of clear glass that the entrance to such establishment so that the front area where patrons are greeted is visible from the outside.
- Maintain a log of the date, time, and type of massage administered.
- May not allow anyone to perform massage therapy without a valid massage therapist license.
- May only operate between 6:00 a.m. and 10:00 p.m.

I understand that I am claiming that I am exempt from the Massage Facility License requirement as a solo practitioner, or other exempt facility. Failing to have a Facility License when one is required may result in revocation of the general business license issued under BMCC Sec. 13-425. I have read the requirements of the ordinance and understand that violation of any of these requirements may result in sanctions up to and including suspension and revocation of my business license.

_____                    _____

**Signature of Business License Applicant**                                                              **Date**