IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THERESA VONDRA, DONNA PODOLAK, LYNDA LARVIE, and ADAM POULOS,<br><br>       Plaintiffs,<br><br>vs.<br><br>CITY OF BILLINGS; NICOLE CROMWELL, in her official capacity as Code Enforcement Supervisor for the Department of Code Enforcement in the City of Billings; RICHARD ST. JOHN, in his official capacity as Chief of Police for the Police Department in the City of Billings; JOANNE RINDAHL, in her official capacity as Business Tax Clerk for the Finance Department in the City of Billings; ANDREW ZOELLER, in his official capacity as Director of the Finance Department in the City of Billings; and WILLIAM COLE in his official capacity as Mayor of the City of Billings,<br>       Defendants. | CV 22-30-BLG-SPW-KLD<br><br>**ORDER** |

Plaintiffs move for the admission of Daniel Woislaw to practice before this Court in this case with Ethan Blevins to act as local counsel. Mr. Woislaw's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Daniel Woislaw pro hac vice is GRANTED on the condition that Mr. Woislaw shall do his own work. This means that Mr. Woislaw must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Woislaw may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Woislaw.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Woislaw, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 10th day of May, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge