IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THERESA VONDRA, DONNA PODOLAK, LYNDA LARVIE, and ADAM POULOS,<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY OF BILLINGS; NICOLE CROMWELL, in her official capacity as Code Enforcement Supervisor for the Department of Code Enforcement in the City of Billings; RICHARD ST. JOHN, in his official capacity as Chief of Police for the Police Department in the City of Billings; JOANNE RINDAHL, in her official capacity as Business Tax Clerk for the Finance Department in the City of Billings; ANDREW ZOELLER, in his official capacity as Director of the Finance Department in the City of Billings; and WILLIAM COLE in his official capacity as Mayor of the City of Billings,<br><br>   Defendants. | CV 22-30-BLG-KLD<br><br>**ORDER** |

Plaintiffs have filed an unopposed motion for leave to file a corrected Preliminary Pretrial Statement. (Doc. 41). Accordingly,

IT IS ORDERED that the motion (Doc. 41) is GRANTED. The Court will consider the Corrected Preliminary Pretrial Statement (Doc. 41-1) attached as an exhibit to Plaintiffs' motion as the operative preliminary pretrial statement.

DATED this 12th day of August, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge