IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THERESA VONDRA, DONNA PODOLAK, LYNDA LARVIE, and ADAM POULOS,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF BILLINGS,<br><br>    Defendant. | CV 22-30-BLG-KLD<br><br>ORDER |

   Plaintiffs move for the admission of Mark Miller to practice before this Court in this case with Ethan Blevins to act as local counsel.  Mr. Miller's application appears to be in order.

   Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Mark Miller pro hac vice is GRANTED on the condition that Mr. Miller shall do his own work.  This means that Mr. Miller must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Miller, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

No additional pro hac vice admissions for the Plaintiffs will be granted absent a showing of good cause.

DATED this 25th day of July, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge