IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THERESA VONDRA, DONNA PODOLAK, LYNDA LARVIE, and ADAM POULOS,<br><br>  Plaintiffs,<br><br>vs.<br><br>CITY OF BILLINGS,<br><br>  Defendant. | CV 22-30-BLG-KLD<br><br><br>ORDER |

The parties have filed a joint motion to modify the scheduling order. (Doc. 69). Accordingly, and good cause appearing,

IT IS ORDERED that the motion is GRANTED. The following schedule will govern all further pretrial proceedings:

| | |
|---|---|
| Discovery Deadline: | October 16, 2023 |
| Motions Deadline (fully briefed): | December 19, 2023 |
| Motions In Limited Deadline (fully briefed): | February 12, 2024 |
| Attorney Conference to Prepare Final Pretrial Order: | week of March 11, 2024 |
| E-file Final Pretrial Order, Proposed Findings of Fact & Trial Briefs and e-mail to kld_propord@mtd.uscourts.gov (Trial Briefs are optional): | March 25, 2024 |

| | |
|---|---|
| Notice to Court Reporter of Intern to Use Real-Time: | March 25, 2024 |
| Notice to I.T. Supervisor of Intent to Use CD-ROM or Videoconferencing: | March 25, 2024 |
| Final Pretrial Conference: | April 1, 2024 at 9:00 a.m. Billings, Montana |
| Bench Trial: | April 1, 2024 immediately following Final Pretrial Conference |

All other provisions in the May 31, 2023 scheduling order (Doc. 50) shall remain in place.

DATED this 21st day of August, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge