IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THERESA VONDRA, DONNA PODOLAK, LYNDA LARVIE, and ADAM POULOS,<br><br>  Plaintiffs,<br><br>vs.<br><br>CITY OF BILLINGS<br><br>  Defendant. | CV 22-30-BLG-KLD<br><br>ORDER |

The Parties have filed a Joint Motion to Extend Deadlines and Amend Fully Briefed Deadline for Cross Motions for Summary Judgment in Scheduling Order (Doc. 84). Accordingly, and good cause appearing,

IT IS ORDERED that the Motion (Doc. 84) is GRANTED. Plaintiffs and Defendant shall file their respective summary judgment response briefs on or before January 3, 2024, and shall file their optional reply briefs on or before January 19, 2024. The remaining deadlines set forth in the Court's August 21, 2023, scheduling order (Doc. 70) shall remain unchanged.

DATED this 15th day of December, 2023.

Kathleen L. DeSoto
United States Magistrate Judge