IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THERESA VONDRA, DONNA PODOLAK, LYNDA LARVIE, and ADAM POULOS,<br><br>　　Plaintiffs,<br><br>vs.<br><br>CITY OF BILLINGS<br><br>　　Defendant. | CV 22-30-BLG-KLD<br><br>ORDER |

　　Defendant City of Billings has filed an Unopposed Motion to Stay Execution and Appeal of Court Order on Attorney Fees and Costs. (Doc. 120). Accordingly, and good cause appearing,

　　IT IS ORDERED that Defendant's motion is GRANTED. Any action regarding the Order on Attorney Fees and Costs, including execution or appellate review of the Order, is hereby stayed pending the parties' respective appeals before the Ninth Circuit.

　　DATED this 19th day of March, 2025.

　　　　　　　　　　　　　　　　　　／s／ Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　United States Magistrate Judge